AO 440 (Rev. 05/00) Summons in a Civil Action

SERVED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

ATHANASIOS ZOYGANELES

| | |
|---|---|
| CASE NUMBER: | 1:24-cv-02124 |
| V. | |
| ASSIGNED JUDGE: | Hon. Jeffrey I Cummings |
| WOWZZA, INC. d/b/a DOMINO'S PIZZA | |
| DESIGNATED MAGISTRATE JUDGE: | Hon. Jeannice W. Appenteng |

TO: (Name and address of Defendant)

WOWZZA, INC.
d/b/a DOMINO'S PIZZA
c/o REGISTERED AGENT
INCORP SERVICES, INC.
901 S 2ND ST STE 201
SPRINGFIELD, IL 62704-7909

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Jamie Vicha* (signature)

(By) DEPUTY CLERK



March 18, 2024

DATE

ClientCaseID: 74122  CaseReturnDate: 3/20/24

Affidavit of A PRIVATE INVESTIGATOR

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Case Number **1:24-CV-02124**

I, JOHN PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

### CORPORATE SERVICE

THAT I SERVED THE WITHIN SUMMONS & COMPLAINT
ON THE WITHIN NAMED DEFENDANT WOWZZA, INC.
PERSON SERVED AJ PETERSON, AUTHORIZED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 3/21/24

That the sex, race and approximate age of the whom I left the SUMMONS & COMPLAINT are as follow:

| Sex | Race | Age | Height | Build | Hair |
|---|---|---|---|---|---|
| MALE | WHITE | 42 | 6'2" | 220# | BRN |

LOCATION OF SERVICE **901 S 2ND ST STE.201 SPRINGFIELD, IL, 62703**

Date Of Service 3/21/24  Time of Service 2:47 PM

JOHN PENNELL  3/21/2024
A PRIVATE INVESTIGATOR
PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.